James B. TANNER

v.

Vaughn A. CARNEY.

No. 81–543–A.

Supreme Court of Rhode Island.

March 18, 1982.

Pucci & Goldin, Samuel A. Olevson, Providence, for plaintiff.

Stone, Clifton & Clifton, Edward C. Clifton, Providence, for defendant.

ORDER

The plaintiff's motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is granted.

Alfred E. TILLINGHAST et al.

v.

Robert W. HAWKSLEY et al.

William H. HOOD et al.

v.

Robert W. HAWKSLEY et al.

No. 81–566–M.P.

Supreme Court of Rhode Island.

March 18, 1982.

Abedon, Michaelson, Stanzler, Biener, Skolnik & Lipsey, Milton Stanzler, Providence, for petitioners.

Edwards & Angell, Robert Flanders, Providence, Lewis Z. Lavine, Woonsocket, for respondents.

ORDER

The petition for writ of certiorari is denied.

SHEA, J., did not participate.

Carole S. DUTCHER

v.

Joseph EMMA, Jr.

No. 82–94–M.P.

Supreme Court of Rhode Island.

March 25, 1982.

Donnelly & Glasson, John A. Glasson, Providence, for petitioner.

Joseph A. Rotella, Asst. City Sol., Providence, for respondent.

ORDER

The petition in equity in the nature of quo warranto is granted, and the writ may issue forthwith.

Deborah M. SARAULT

v.

Brian J. SARAULT.

No. 82–110–M.P.

Supreme Court of Rhode Island.

March 25, 1982.

Friedman & Kessler, Harold I. Kessler, Providence, for plaintiff-respondent.

John D. Lynch, Warwick, for defendant-petitioner.

ORDER

The petition for writ of certiorari is granted. The petitioner's motion for stay of the Family Court order as prayed is denied.